HERMAN H. CAMMANN et al., as Executors and Trustees under the Will of EDMUND S. BAILEY, Deceased, Plaintiffs, *v.* THEODORUS BAILEY et al., Respondents, and SUSANNAH G. BAILEY et al., Appellants, Impleaded with Others.

(Submitted January 12, 1914; decided January 20, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 210 N. Y. 19.)

---

ALETTA T. BENTON, Appellant, *v.* FREDERICK L. BENTON, Respondent:

(Submitted January 12, 1914; decided January 20, 1914.)

Motion for re-argument denied.    (See 210 N. Y. 540.)